PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    effrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-00031 EJD |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| v. | ) | |
| VALENTINE ARMAS, | ) | |
| Defendant. | ) | |

    The defendant, Valentine Armas, has successfully completed CAP.  The government makes no sentencing recommendation in this case.

DATED:  April 29, 2025                                      Respectfully submitted,

                                                            PATRICK D. ROBBINS
                                                             Acting United States Attorney

                                                             *Jeffrey A. Backhus*
                                                             JEFFREY A. BACKHUS
                                                             Assistant United States Attorney